**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Judge McMahon

11 CV 8405

| | |
|---|---|
| MARTIN FLEISHER, AS TRUSTEE OF THE MICHAEL MOSS IRREVOCABLE INSURANCE TRUST II, et al | Plaintiff, |
| –v– | |
| PHOENIX LIFE INSURANCE COMPANY | Defendant. |

Case No. 11CV8405 (CM) ECF CASE

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JONATHAN BERCK, AS TRUSTEE OF THE JOHN L. LOEB   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:**   11/18/2011

Signature of Attorney

**Attorney Bar Code:**  RT-3746

Form Rule7_1.pdf  SDNY Web 10/2007