UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARTIN FLEISHER AS TRUSTEE
OF MICHAEL MOSS IRREVOCABLE
INSURANCE TRUST II; ET AL.,

                      Plaintiff(s),                  Civil Action No. 11 CIV. 8405

-against-

PHOENIX LIFE INSURANCE COMPANY,        **AFFIDAVIT OF SERVICE**

                      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

       RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

       That on the 21st day of November, 2011, at approximately 2:05 p.m., deponent served a true copy of the **Summons in a Civil Action; Complaint; Judge's Rules and ECF Rules & Instructions** upon Phoenix Life Insurance Company c/o New York State Superintendent of Financial Services at 25 Beaver Street, New York, New York 10004 by personally delivering and leaving the same with Charlene Norris, who is authorized by appointment to accept service. The Statutory Fee of $40.00 was tendered to the New York State Superintendent of Financial Services at the time of service.

       Charlene Norris is a black female, approximately 50-60 years of age, was seated at the time of service, weighs approximately 160-170 pounds, with short black hair and brown eyes and was wearing glasses.

Sworn to before me this
23rd day of November, 2011

RANDY BARONA #1000417

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014