UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN FLEISHER, as trustee of the Michael Moss Irrevocable Life Insurance Trust II, and JONATHAN BERCK, as trustee of the John L. Loeb, Jr. Insurance Trust, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PHOENIX LIFE INSURANCE COMPANY,<br><br>Defendant. | ECF Case<br><br>Case No. 11 Civ. 8405 (CM)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings held herein, defendant Phoenix Life Insurance Company will and hereby does move this Court, the Honorable Colleen McMahon presiding, at 500 Pearl Street, Room 1350, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing, with prejudice, the Second through Fourth Claims for Relief from the Complaint, and granting such other and further relief as may be just and equitable.

| | |
|---|---|
| Dated: New York, New York<br>January 26, 2011<br><br>Of Counsel:<br>Waldemar J. Pflepsen Jr. (*pro hac vice*)<br>Stephen J. Jorden*<br>Jason H. Gould*<br>Brian P. Perryman (*pro hac vice*)<br>JORDEN BURT LLP<br>1025 Thomas Jefferson Street NW<br>Suite 400 East<br>Washington, DC 20007<br>(202) 965-8100<br><br>*Motion for full admission pending | DORSEY & WHITNEY LLP<br><br>By: s/ Patrick J. Feeley<br>Patrick J. Feeley<br>Jonathan R. Montcalm<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 415-9200<br>feeley.pat@dorsey.com<br>montcalm.jonathan@dorsey.com<br><br>*Attorneys for Defendant*<br>*Phoenix Life Insurance Company* |