# JORDEN BURT

1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007-5208
(202) 965-8100
Fax: (202) 965-8104

## MEMO ENDORSED

777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
(305) 371-2600
Fax: (305) 372-9928

WALDEMAR J. PFLEPSEN, JR.
(202) 965-8133
WJP@JORDENUSA.COM

175 Powder Forest Drive
Suite 301
Simsbury, CT 06089-9658
(860) 392-5000
Fax: (860) 392-5058

November 21, 2012

**VIA EMAIL AND FACSIMILE TRANSMISSION**

Honorable James C. Francis
United States Magistrate Judge
United States District Court
   Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/12

Re:   *Martin Fleisher, et al. v. Phoenix Life Insurance Co.*, 11 Civ. 8405 (CM) (JCF)

Dear Judge Francis:

Please be advised that with regard to the discovery motions filed by plaintiffs' counsel earlier this week, counsel for the parties and for non-party Towers Watson have agreed that oppositions shall be filed on or before December 5, 2012, and replies shall be filed on or before December 12, 2012. We would appreciate Your Honor advising us if this schedule is approved, or of any alternative schedule that may be set. Thank you for your assistance in this matter. May you and your staff have a Happy Thanksgiving holiday.

Respectfully submitted,

Waldemar J. Pflepsen, Jr.
*Counsel for Defendant*
*PHL Variable Insurance Company*

cc:   All Counsel of Record (via electronic mail)

*This schedule is adopted.* 11/21/12
*SO ORDERED.*
James C. Francis IV
USMJ

Jorden Burt LLP
www.jordenburt.com