Case 1:11-cv-08405-CM-JCF   Document 95   Filed 02/01/13   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN FLEISHER, as trustee of the Michael Moss Irrevocable Life Insurance Trust II, and JONATHAN BERCK, as trustee of the John L. Loeb, Jr. Insurance Trust, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

PHOENIX LIFE INSURANCE COMPANY,

        Defendant.

---

ECF Case

Case No. 11 Civ. 8405 (CM)

**NOTICE OF MOTION**

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/13

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings held herein, Defendant Phoenix Life Insurance Company will and hereby does move this Court, the Honorable James C. Francis presiding, at 500 Pearl Street, Room 18D, New York, New York 10007, for an order staying this Court's January 3, 2013 Memorandum and Order, pending a ruling on the objection to that order filed by Defendant with the District Court (Docket No. 94), and granting such other and further relief as may be just and equitable.

Dated: Washington, DC
       February 1, 2013

*Application granted. 2/5/13*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*

Respectfully submitted,

By: /s/ Waldemar J. Pflepsen, Jr.
    Waldemar J. Pflepsen Jr. (*pro hac vice*)
    Stephen J. Jorden (SJ5009)
    Jason H. Gould (JG2012)
    Brian P. Perryman (*pro hac vice*)
    JORDEN BURT LLP
    1025 Thomas Jefferson Street, N.W.
    Suite 400 East
    Washington, DC 20007
    (202) 965-8100
    wjp@jordenusa.com

sj@jordenusa.com
jhg@jordenusa.com
bpp@jordenusa.com

*and*

Patrick J. Feeley (PF4931)
Jonathan R. Montcalm (JM8866)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
(212) 415-9200
feeley.pat@dorsey.com
montcalm.jonathan@dorsey.com

*Attorneys for Defendant*
*Phoenix Life Insurance Company*